SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
FRANK FALZETTA, Cal. Bar No. 125146
JENNIFER M. HOFFMAN, Cal. Bar No. 240600
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone:  213.620.1780
Facsimile:   213.620.1398
E-mail:       ffalzetta@sheppardmullin.com
                   jhoffman@sheppardmullin.com

JEFFREY S. CROWE, Cal. Bar No. 216055
650 Town Center Drive, 10th Floor
Costa Mesa, CA 92626-1993
Telephone:  714.424.8231
Facsimile:   714.428.5997
E-mail:       jcrowe@sheppardmullin.com

Attorneys for Defendant
STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY ANN SPERLING, individually, and all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois corporation,<br><br>  Defendant. | Case No. 3:20-cv-01014 LAB (LL)<br><br>CLASS ACTION<br><br>**DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY'S NOTICE OF RELATED CASE**<br><br>**(Civ. LR 40.2)**<br><br>Complaint Filed:  6/2/2020<br>Trial Date:           Not Set |

TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Civil Local Rule 40.1(f), defendant State Farm Mutual Automobile Insurance Company ("State Farm") submits this Notice of Related Case.

The following action (i) involves some of the same parties or putative class members and is based on the same or similar claims and/or (ii) involves substantially the same facts and/or the same questions of law as those alleged in Plaintiff's Class Action Complaint:

- *Daniel Barazza v. State Farm Insurance Company*, Los Angeles Superior Court Case No. 20STCV19916, which was filed on May 22, 2020 but has not been served (the "*Barazza* Action").  The *Barazza* Action asserts individual and putative class claims (substantially similar to Plaintiff's claims here) alleging State Farm's purported failure to pay fees on total loss auto claims, pursuant to 10 Cal.C.Regs § 2695.8(b).  When and if the *Barazza* Action is served, State Farm reserves all rights to, among other things, seek to stay, dismiss or transfer the *Barazza* Action and/or this action.

Dated:  July 1, 2020

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By     *s/ Jeffrey S. Crowe*
FRANK FALZETTA
JEFFREY S. CROWE
JENNIFER M. HOFFMAN
Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY
Email:  jcrowe@sheppardmullin.com