UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY ANN SPERLING,<br><br>              Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY<br><br>              Defendant. | Case No.:   20cv1014-LAB (LL)<br><br>**ORDER OF DISMISSAL** |

The parties' joint motion to dismiss (Docket no. 34) is **GRANTED**. Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Wendy Ann Sperling's claims are **DISMISSED WITH PREJUDICE**. The putative class claims are **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to close the docket.

   **IT IS SO ORDERED**.

Dated: February 17, 2021

*Larry A. Burns*
Honorable Larry Alan Burns
United States District Judge